THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKIE RIVERA, Appellant. [19 NYS3d 761]—Application by the

appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 19, 2001 (*People v Rivera*, 288 AD2d 402 [2001]), affirming a judgment of the County Court, Nassau County, rendered January 6, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Chambers, Austin and Sgroi, JJ., concur.